[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 95-1392

UNITED STATES,

Appellee,

v.

ERNIE SANTIAGO,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Michael A. Ponsor, U.S. District Judge]



Before

Torruella, Chief Judge,
Stahl and Lynch, Circuit Judges.



Antoinette L. Hall and Payne & Hall on brief for appellant.
Donald K. Stern, United States Attorney, and Andrew Levchuk,
Assistant  United States Attorney, on Motion for Summary Disposition for
appellee.



April 14, 1997


Per Curiam. Upon careful review of the record,

appellant's brief, and the government's motion for summary

disposition,  we  perceive  no error in appellant's sentence as an

armed career criminal under 18 U.S.C. S 924(e)(1). His three

prior convictions properly were counted against him, because

they  involved  different  dates, locations, and victims; it makes

no  difference  that  two  of the convictions were consolidated for

sentencing or that all three of the sentences were made

concurrent. See United States v. Riddle, 47 F.3d 460, 461-62

(1st Cir. 1995). 

Affirmed. See 1st Cir. Loc. R. 27.1.

-2-